# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**SHELDON DEAN CHRISTOPHER WATT**
Reg. #26435-018                                                                    **PLAINTIFF**

v.                                       No. 2:16-cv-99-DPM

**UNITED STATES OF AMERICA**                                      **DEFENDANT**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, № 27, and overrules Watt's objections, № 28. FED. R. CIV. P. 72(b)(3). Arkansas law requires expert testimony for this kind of claim. And no compelling circumstances justify appointing an expert in this case. *Rueben v. United States*, 2014 WL 5460574, at *4 & n.5 (E.D. Ark. 2014). The United States' motion for summary judgment, № 13, is therefore granted. Watt's complaint will be dismissed with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 October 2017