IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHELDON DEAN CHRISTOPHER WATT
Reg. #26435-018                                                     PLAINTIFF

v.                     No. 2:16-cv-99-DPM

UNITED STATES OF AMERICA                       DEFENDANT

## JUDGMENT

Watt's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 October 2017