# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

SHELDON DEAN CHRISTOPHER WATT
Reg. #26435-018                                                          PLAINTIFF

v.                               No. 2:16-cv-99-DPM

UNITED STATES OF AMERICA                                        DEFENDANT

## ORDER

**1.** The 27 November 2017 filing is Watt's notice of appeal. № 33. The Court directs the Clerk to correct the docket accordingly.

**2.** If the United States opposes Watt's motion to dismiss his appeal voluntarily, № 32, then it should file an expedited response by 4 December 2017. The Court will take silence as acquiescence.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 December 2017